1 | **WILLIAM R. TAMAYO – #084965 (CA)**
**JONATHAN T. PECK - #12303 (VA)**
2 | **RAYMOND T. CHEUNG – #176086 (CA)**
**EQUAL EMPLOYMENT OPPORTUNITY**
3 | **COMMISSION**
San Francisco District Office
4 | 901 Market Street, Suite 500
San Francisco, California 94103
5 | Telephone: (415) 356-5336
Facsimile: (415) 3565046
6
Attorneys for Plaintiff
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10

11 | **EQUAL EMPLOYMENT OPPORTUNITY** ) Civil Action No. 5:01 - CV - 20773
**COMMISSION,** )
12 | ) **NOTICE OF DISMISSAL WITHOUT**
Plaintiff, ) **PREJUDICE**
13 | v. ) F.R.C.P. 41(a)(1)(i)
 )
14 | **LEADMAN ELECTRONICS, INC.,** )
 )
15 | Defendant )
 )
16

17 PLAINTIFF, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, hereby move

18 that the Complaint filed in the above-captioned action be and is hereby dismissed without

19 prejudice pursuant to F.R.C.P. 41(a)(1)(i).

20

21 Dated: December 7, 2001 | S/Raymond T. Cheung
_____
22 | RAYMOND T. CHEUNG
Attorney for Plaintiff
23 | EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

24

25

26

27

28

Notice of Dismissal without Prejudice