CERTIFICATE OF SERVICE

I am a citizen of the United States, employed in the County of San Francisco, over the age of 18 years, and not a party to this action. My business address is the office of the Equal Employment Opportunity Commission, San Francisco District Office, 901 Market Street, Suite 500, San Francisco, California 94103.

Civil No. C-01-20773-PVT (N.D. Cal.)

On the date below, I placed a copy of:

**Notice of Dismissal Without Prejudice, F.R.C.P. 41(a)(1)(i)**

in a franked envelope which I deposited in the United States Mail addressed to:

**Glen Shih, President
Leadman Electronics USA, Inc.
2980 Gordon Avenue
Santa Clara, CA 95051**

I certify under penalty of perjury that the above is true and correct.

DATED: December 7, 2001              /s/
                                Robert H. TAINE