**WILLIAM R. TAMAYO – #084965 (CA)**
**JONATHAN T. PECK - #12303 (VA)**
**RAYMOND T. CHEUNG – #176086 (CA)**
**EQUAL EMPLOYMENT OPPORTUNITY**
**COMMISSION**
San Francisco District Office
901 Market Street, Suite 500
San Francisco, California  94103
Telephone:  (415) 356-5336
Facsimile: (415) 3565046

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** ) | Civil Action No. 5:01 - CV - 20773 |
| ) | **NOTICE OF DISMISSAL WITHOUT** |
| Plaintiff, ) | **PREJUDICE** |
| v. ) | F.R.C.P. 41(a)(1)(i) |
| ) | |
| **LEADMAN ELECTRONICS, INC.,** ) | |
| ) | |
| Defendant ) | |

PLAINTIFF, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, hereby move

that the Complaint filed in the above-captioned action be and is hereby dismissed without

prejudice pursuant to F.R.C.P. 41(a)(1)(i).

Dated: December 7, 2001

S/Raymond T. Cheung

RAYMOND T. CHEUNG
Attorney for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

Notice of Dismissal without Prejudice